IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

GREAT FALLS DIVISION

------------------------------------------------------------------------------------------------

| | | |
|---|---|---|
| BITCO GENERAL INSURANCE CORPORATION, | ) ) ) | Cause No. CV-18-00087-BMM-JTJ |
| Plaintiff, | ) ) | |
| -vs.- | ) ) | **ORDER ADMITTING COUNSEL TO PRACTICE** *Pro Hac Vice* |
| J. BURNS BROWN OPERATING CO., MONTANA DEPARTMENT OF ENVIRONMENTAL QUALITY, and BUREAU OF LAND MANAGEMENT, | ) ) ) ) ) ) | |
| Defendants. | ) ) | |

------------------------------------------------------------------------------------------------

Plaintiff has moved for an order allowing Bonny S. Garcha, Esq. and John

E. Rodewald, Esq. to appear *pro hac vice* in this case with Jesse Beaudette of

Bohyer, Erickson, Beaudette & Tranel, P.C. designated as local counsel. The

applications of Mr. Garcha and Mr. Rodewald appear to be in compliance with

L.R. 83.1(d).

IT IS ORDERED:

Plaintiff's motions to allow appear Mr. Garcha and Mr. Rodewald on

its behalf, (Docs. 9 and 10) are GRANTED, subject to the following conditions:


1.     Local counsel shall exercise the responsibilities required by L.R.

83.1(d)(5) and must be designated as lead counsel or as co-lead counsel;

2.      Only one attorney appearing *pro hac vice* may act as co-lead counsel;

3.      Mr. Garcha and Mr. Rodewald must each do their own work. Each must do their own writing, sign their own pleadings, motions, briefs, and, if designated co-lead counsel, must appear and participate personally in all proceedings before the Court;

4.      Local counsel shall also sign all such pleadings, motions and briefs and other documents served or filed; and

5.      Admission is personal to Mr. Garcha and Mr. Rodewald .

**IT IS FURTHER ORDERED** that each applicant shall file, within fifteen (15) days from the date of this Order,  an acknowledgment and acceptance of his admission under the terms set forth above.

DATED this 10th day of September, 2018.

John Johnston
United States Magistrate Judge