IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| BITCO GENERAL INSURANCE CORPORATION,<br><br>Plaintiff,<br><br>-vs.-<br><br>J. BURNS BROWN OPERATING CO.,<br><br>Defendant. | CV-18-87-GF-BMM-JTJ<br><br>**ORDER** |

Plaintiff has moved for admission of John Husmann (Mr. Husmann), (Doc. 25), to practice before this Court in this case with Jesse Beaudette, Esq. of Bohyer, Erickson, Beaudette L& Tranel, P.C. to act as local counsel. Mr. Husmann's application appears to be in compliance with L.R. 83.1(d).

**IT IS HEREBY ORDERED:**

Plaintiff's motion to allow Mr. Mr. Husmann to appear on their behalf (Doc. 25) is **GRANTED** on the following conditions:

1. Local counsel, Mr. Beaudette, will be designated as lead counsel or as co-lead counsel with Mr. Husmann. Mr. Husmann must do his own work. He must do his own writing, sign his own pleadings, motions, briefs and other documents served or filed by him, and, if designated co-lead counsel, must appear and participate personally in all proceedings before the Court. Local counsel, Mr. Beaudette, shall also sign such pleadings, motions and briefs and other documents

served or filed.

2. Admission is not granted until Mr. Husmann, within fifteen (15) days from the date of this Order has filed an acknowledgment and acceptance of his admission under the terms set forth above.

3. Admission is personal to Mr. Husmann.

DATED this 1st day of April, 2019.

John Johnston
United States Magistrate Judge