# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| BITCO GENERAL INSURANCE CORPORATION, | Cause No. CV-18-00087-BMM-JTJ |
| Plaintiff, | **ORDER GRANTING BITCO GENERAL INSURANCE CORPORATION'S MOTION TO ALLOW TELEPHONIC APPEARANCE** |
| -vs.- | |
| J. BURNS BROWN OPERATING CO., | |
| Defendant. | |

Before the Court is BITCO General Insurance Corporation's ("BITCO General") Unopposed Motion to Allow Telephonic Appearance of Attorneys John A. Husmann and Gustavo A. Otalvora. BITCO General seeks leave for Attorneys John A. Husmann and Gustavo A. Otalvora to appear telephonically at the Rule 16 Preliminary Pretrial Conference on April 24, 2019, at 2:30 p.m. ("Preliminary Pretrial Conference").

IT IS HEREBY ORDERED that BITCO General's Motion to Allow Telephonic Appearance is granted. ALL PARTIES WILL APPEAR AT THE PRELIMINARY PRETRIAL CONFERENCE on April 24, 2019 BY TELEPHONE. The Court will contact the parties with the call-in number.

DATED this 8th day of April, 2019.

_____
John Johnston
United States Magistrate Judge