John A. Husmann
Gustavo A. Otalvora
BATESCAREY LLP
191 N. Wacker
Suite 2400
Chicago, IL   60606
Telephone: (312) 762-3100
Facsimile:  (312) 762-3200
Email: jhusmann@batescarey.com
Email: gotalvora@batescarey.com
        - and -
Jesse Beaudette
Ryan T. Heuwinkel
BOHYER, ERICKSON, BEAUDETTE & TRANEL, P.C.
283 West Front, Suite 201
Post Office Box 7729
Missoula, Montana  59807-7729
Telephone: (406) 532-7800
Facsimile: (406) 549-2253
Email:  mail@bebtlaw.com

*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

GREAT FALLS DIVISION

| | | |
|---|---|---|
| BITCO GENERAL INSURANCE CORPORATION, | ) ) ) | Cause No. CV-18-00087-BMM-JTJ |
| Plaintiff, | ) ) | THE HON. BRIAN MORRIS |
| -vs.- | ) ) | **BITCO GENERAL INSURANCE CORPORATION'S CROSS-MOTION FOR SUMMARY JUDGMENT** |
| J. BURNS BROWN OPERATING CO., | ) ) ) | |
| Defendant. | ) ) ) | |

Plaintiff BITCO General Insurance Corporation ("BITCO General"), pursuant the Court's Order dated April 29, 2019 (Doc. No. 41), Federal Rule 56, and Local Rule 56.1(c), respectfully moves the Court for Summary Judgment against Defendant J. Burns Brown Operating Co. ("JBBOC"). BITCO General has filed a brief in support of this cross-motion for summary judgment contemporaneously herewith. As set forth in that brief, the BITCO General Umbrella Policy at issue and the parties' Statement of Stipulated Facts (Doc. No. 38) demonstrate that there is no genuine dispute as to any material fact, and that BITCO General is entitled to a judgment that BITCO General has no duty to defend or indemnify JBBOC in connection with the Notice of Violation or any action by the Montana Department of Environmental Quality ("DEQ") in connection with the pollution event described therein.

In the alternative, BITCO General respectfully requests that the Court grant its Cross-Motion for Summary Judgment and enter an order finding and declaring that BITCO General has no obligation to further defend or indemnify JBBOC in connection with the Notice of Violation or any action by the DEQ in connection with the pollution event described therein until JBBOC has paid the $900,000 difference between the $100,000 sublimit provided under the Primary Policy's

Contamination or Pollution Coverage and the $1 million per-occurrence limit of liability.

DATED this 12th day of July, 2019.

       /s/ Gustavo A. Otalvora
John A. Husmann
Gustavo A. Otalvora
BATESCAREY LLP
191 N. Wacker
Suite 2400
Chicago, IL 60606
Telephone: (312) 762-3100
Facsimile: (312) 762-3200
Email: jhusmann@batescarey.com
Email: gotalvora@batescarey.com

       /s/ Jesse Beaudette
Jesse Beaudette, Esq.
Ryan T. Heuwinkel, Esq.
BOHYER, ERICKSON, BEAUDETTE &
TRANEL, P.C.
283 West Front, Suite 201
Post Office Box 7729
Missoula, Montana 59807-7729
Telephone: (406) 532-7800
Facsimile: (406) 549-2253
Email: mail@bebtlaw.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I, the undersigned, a representative of the law firm of Bohyer, Erickson, Beaudette & Tranel, P.C., hereby certify that I served a true and complete copy of the foregoing on the following persons by way of the CM/ECF filing system

1. Clerk, U.S. District Court

2. James G. Hunt
   HUNT LAW FIRM
   310 E. Broadway St.
   Helena, MT 59601

3. Gregory S. Munro
   Attorney at Law
   3343 Hollis St.
   Missoula, MT 59801

   *Attorneys for Defendant J. Burns Brown Operating Co.*

DATED this 12th day of July, 2019.

                 /s/  Jesse Beaudette
                 Jesse Beaudette, Esq.
                 Ryan T. Heuwinkel, Esq.
                 BOHYER, ERICKSON, BEAUDETTE & TRANEL, P.C.
                 283 West Front, Suite 201
                 Post Office Box 7729
                 Missoula, Montana 59807-7729
                 Telephone: (406) 532-7800
                 Facsimile: (406) 549-2253
                 Email: mail@bebtlaw.com

*Attorneys for Plaintiff*

2238255