James G. Hunt, Esq.
Hunt Law Firm
310 E. Broadway St.
Helena MT 59601
Phone: (406) 442-8552
Facsimile: (406) 495-1660
jhunt@huntlaw.net

Greg Munro, Esq.
3343 Hollis Street
Missoula MT 59801
Phone: (406) 493-5361
greg.munro@umontana.edu

*Attorneys for Defendant*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| BITCO GENERAL INSURANCE CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>J. BURNS BROWN CO.,<br><br>Defendant. | CV-18-87-GF-BMM-JTJ<br><br>**DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** |

Pursuant to Fed. R. Civ. P. 56, Defendant J. Burns Brown Operating Co. ("JBBOC") moves this Court for summary judgment in its favor and against Plaintiff BITCO General Insurance Corporation's ("BITCO") claim for a declaratory judgment addressing whether BITCO has satisfied its contractual

Defendant's Motion for Summary Judgment                                                                 1

obligations to JBBOC under the insurance policies at issue in this action. Counsel for BITCO has been contacted and opposes this motion. In support of this motion, JBBOC submits the accompanying Brief.

DATED this 12th day of July, 2019

/s/ James G. Hunt
JAMES G. HUNT

/s/ Gregory S. Munro
GREGORY S. MUNRO
Attorneys for Defendant JBBOC

## **CERTIFICATE OF SERVICE**

I hereby certify that, on July 12, 2019, a copy of the foregoing document was served upon the following persons by CM/ECF delivery:

>Jesse Beaudette, Esq.
>Ryan t. Heuwinkel, Esq.
>BOHYER, ERICKSON, BEAUDETTE & TRANEL, P.C.
>283 West Front, Suite 201
>Post Office Box 7729
>Missoula, Montana 59807-7729
>
>John A. Husmann
>Gustavo A. Otalvora
>BATESCAREY LLP
>191 N. Wacker, Suite 2400
>Chicago, IL 60606
>
>/s/ James G. Hunt
>James G. Hunt
>Attorneys for Defendant JBBOC