James G. Hunt, Esq.
Hunt Law Firm
310 E. Broadway St.
Helena MT 59601
Phone: (406) 442-8552
Facsimile: (406) 495-1660
jhunt@huntlaw.net

Greg Munro, Esq.
3343 Hollis Street
Missoula MT 59801
Phone: (406) 493-5361
greg.munro@umontana.edu
  *Attorneys for Defendant*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| BITCO GENERAL INSURANCE CORPORATION, <br><br> Plaintiff, <br><br> vs. <br><br> J. BURNS BROWN CO., <br><br> Defendant. | CV-18-87-GF-BMM-JTJ <br><br> **AFFIDAVIT OF SANDRA BROWN** |

I, SANDRA BROWN, being duly sworn, hereby swear that the following is true and correct:

1. I am the owner of J. BURNS BROWN OPERATING COMPANY, (JBBOC) and as such am familiar with all business activities including the cleanup of the pollution that was discovered in March 2017.

2. BITCO paid JBBOC $100,000 for pollution cleanup costs. I requested additional payment under BITCO's umbrella policy. In response, BITCO mailed the Complaint for Declaratory Judgment and asked me to accept service.

3. The total cleanup costs were in excess of $1.3M in May 2019. I anticipate additional costs because additional work must be done including taking down the dike that was built to control the spill.

4. JBBOC does not have the financial resources to pay the contractor who did the work to contain the spill and clean up the pollution. Thus, JBBOC currently owes the contractor in excess of $1.2M. If the contractor agrees to do the additional work, the amount owed will increase.

FURTHER YOUR AFFIANT sayeth not.

I swear under penalty of perjury that the foregoing is true and correct.

_____
SANDRA BROWN

SUBSCRIBED AND SWORN TO before me this 12TH day of July, 2019.

County of Hill
State of Montana

_____

SHARON A BOSCH
NOTARY PUBLIC for the
STATE OF MONTANA
Residing at Havre, Montana
My Commission Expires
February 14, 2021