James G. Hunt, Esq.
Hunt Law Firm
310 E. Broadway St.
Helena, MT 59601
(406)442-8552
jhunt@huntlaw.net

Greg Munro, Esq.
3343 Hollis Street
Missoula, MT 59801
(406)493-5361
greg.munro@umontana.edu
*Attorneys for Defendant, J. Burns Brown Operating Co.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| BITCO GENERAL INSURANCE CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>J. BURNS BROWN CO., MONTANA DEPARTMEN OF ENVIRONMENTAL QUALITY, and BUREAU OF LAND MANAGEMENT<br><br>Defendant. | Cause No. CV-18-87-GF-BMM-JTJ<br><br><br>**AFFIDAVIT OF ATTORNEY JAMES G. HUNT** |

The undersigned, James G. Hunt, as attorney for Defendant, swears that he is over 18 years of age and the following facts are true and correct:

1. I am licensed as an attorney in the State of Montana and before this Court and I am the attorney for the defendant J. Burns Brown Co., above named.

2. A true and correct copy of the following documents are attached to this Affidavit:

   - **Exhibit 1:** BITCO Insurance Companies website, home page; https://www.bitco.com/

- **Exhibit 2:** BITCO Insurance Companies website, On-Shore Oil & Gas Extraction page, https://www.bitco.com/programs/on-shore-oil-gas-extraction.

- **Exhibit 3:** BITCO v. Marjo Operating Company, Inc., BITCO's Response in Opposition to Motion for Summary Judgment of Marjo Operating Company, Inc., and Brief in Support, (07/27/15), Case 5:14-cv-01220-D, In the United States District Court for the Western District of Oklahoma, Timothy D. DeGiusti, United States District Judge.

Further, your affiant sayeth not.

DATED this 2nd day of August, 2019.

/s/ James G. Hunt
JAMES G. HUNT
*Attorneys for Defendant*

SUBSCRIBED AND SWORN TO before me this 2nd day of August, 2019.

EVELYN YERGER
NOTARY PUBLIC for the
State of Montana
Residing at Boulder, Montana
My Commission Expires
July 20, 2023

**CERTIFICATE OF SERVICE**

I hereby certify that, on August 2, 2019, I served a true and complee copy of the foregoing on the following persons by way of the CM/ECF filing system:

Jesse Beaudette, Esq.
Ryan T. Heuwinkel, Esq.
BOHYER, ERICKSON, BEAUDETTE & TRANEL, P.C.
283 West Front, Suite 201
Post Office Box 7729
Missoula, Montana 59807-7729

John A. Husmann
Gustavo A. Otalvora
BATESCAREY LLP
191 N. Wacker, Suite 2400
Chicago, IL 60606

/s/ James G. Hunt

2