Menu

# On-Shore Oil & Gas Extraction

## Insurance for Oil and Gas Industry

BITCO is an energy insurance specialist, providing insurance for the oil and gas industry for more than 70 years.

BITCO specializes in offering insurance policies to companies involved in on-shore production of petroleum and natural gas, including insurance for operators, drillers and contractors located from the Rocky Mountains to the Appalachian Basin.

## Businesses We Serve

- Oil and gas lease operators
- Oil and gas lease contractors (surface)
- Well servicing contractors (downhole)
- Drillers (conventional)

Highly trained BITCO insurance agents specialize in finding coverage for energy-production businesses and stay on top of the ever-changing challenges you encounter in the oil and gas industry.

We use our understanding of this complex industry to create an insurance policy that is tailored to fit the unique risks involved in operating your business.

## Types of Insurance for Oil and Gas Industry

- Workers' Compensation
- General Liability
- Automobile
- Umbrella
- Equipment
- Property

## Unique Oil & Gas Insurance for Businesses

- Non-operating working interest
- Pollution coverage, including saline-substances contamination
- Underground resources and equipment
- Waiver of subrogation/additional insured
- Leased-property coverage, including oil spill insurance for clean-up
- Well-drilling equipment
- Oil rig insurance



# Customer Characteristics

BITCO has a long and proud history of meeting the insurance and risk control needs of your industry. We have safety dividend groups with some of the most prominent trade associations that cater to your concerns and a well-established reputation in helping entities engaged in onshore oil and gas exploration address their insurance and risk management needs.

A demonstrated commitment to controlling losses and a documented history of safe operations and protection of your work force makes you an ideal candidate for our programs. If you are looking for an insurance carrier who will work with you to help protect you from the financial impact of losses and assist you with maintaining the business reputation as a safety conscious business operation and employer you have worked so hard to build, BITCO would like to be your insurance provider.

# Choose BITCO as Your Insurance Partner

When you're searching for an insurance policy, you should be aware of the ability of the company you choose to pay a claim. BITCO's outstanding financial ratings are an indicator of our ability to offer you and your business security and prompt claims payments. We're proud to have earned and maintained a rating of "A+" Superior by A.M. Best.



Also, BITCO is a member of the Old Republic Insurance Group, one of the nation's 50 largest publicly held insurance organizations.

## Backed by the strength of Old Republic Insurance Group

Our expertise in the oil and gas industry -- and our network of insurance agents that focus on on-shore operators, drillers and contractors -- gives us a huge advantage in creating an insurance policy tailored to your business. That combined with our strong financial standing and backing, shows we are the ideal insurance company to protect you, your employees and your business.

**We're ready to prove we're a long-term partner you can count on. Put our oil and gas insurance brokers expertise to the test. Contact a BITCO agent for options and a quote today.**

## BITCO Agency Locator

**Search by BITCO State**

Select a state

Search ›

**Search by ZIP Code**

ZIP Code

within how many miles

100

Search ›

# Industry Links

**Kentucky Oil and Gas Association (KOGA)**
kyoilgas.org

**Texas Alliance of Energy Producers (TAEP)**
texasalliance.org

**Illinois Oil & Gas Association**
ioga.com

**Oklahoma Independent Petroleum Association**
oipa.com

# Let's Talk

Looking for a long-term partner that works hard for you and your business? Contact a local BITCO agent today.

**BITCO Headquarters**
3700 Market Square Circle
Davenport, Iowa 52807
Phone: 800.475.4477
Fax: 844.233.7299

| Name |

| Email |

| Company |

| Message |

5 of 7

protected by **reCAPTCHA**
Privacy - Terms

Submit

BITCO Insurance Companies
3700 Market Square Circle
Davenport, Iowa 52807
Phone: 800.475.4477
Fax: 844.233.7299

f  in

**Programs**

Commercial General Contractors

Commercial Building Trades Contractors

Transportation Construction Contractors

Utility Construction Contractors

Land Improvement Contractors

Construction Materials Producers

Forest Products

On Shore Oil & Gas Extraction

Manufacturing

Wholesalers & Distributors

Public Entities

**Services**

Risk Control

Premium Audit

Claims

**About**

Our Story

Our Agents

Locations

Governance

Careers

Contact

Find an Agent

More

Legal Disclosures

Terms of Use

Privacy

Copyright © 2019 BITCO Insurance Companies • A subsidiary of Old Republic General Insurance Group