IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| BITCO GENERAL INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>J. BURNS BROWN OPERATING CO.,<br><br>Defendants. | CV 18-87-BMM-JTJ<br><br>ORDER |

On October 17, 2019, the Court issued an Order setting a settlement conference in this matter. (Doc. 57.) Thereafter, Plaintiff requested the Court clarify whether the BITCO claim manager may appear at the conference by telephone rather than in person, as required by the Order. Plaintiff also proposed the parties follow an alternative initial settlement demand procedure. Plaintiff's requests are well-taken. Accordingly,

**IT IS ORDERED** that the BITCO claim manager with primary responsibility for this matter may be available by telephone rather than appear at the settlement conference in person.

1

**IT IS FURTHER ORDERED** that the parties are required to engage in a meaningful settlement discussion prior to the settlement conference. Settlement conferences are often more efficient and productive if the parties have exchanged demands and offers before the conference. Before arriving at the conference, at least one specific proposal and one counter proposal shall be exchanged.

DATED this 21st day of October, 2019.

_____
Kathleen L. DeSoto
United States Magistrate Judge