## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## GREAT FALLS DIVISION

| | |
|---|---|
| BITCO GENERAL INSURANCE CORPORATION, | CV-18-87-GF-BMM |
| Plaintiff, | |
| -vs.- | **ORDER** |
| J. BURNS BROWN OPERATING CO., | |
| Defendant. | |

Administrative Orders were filed by the undersigned on March 16, 2020 and March 27, 2020, regarding COVID-19 and the advised precautions to reduce the possibility of exposure to the virus and slow the spread of the disease. Accordingly,

**IT IS HEREBY ORDERED** that the motion hearing set for April 14, 2020 at 1:30 p.m., will be held by video conference. The parties will contact the Clerk of Court to make arrangements for their video appearance.

DATED this 2nd day of April, 2020.

_____

Brian Morris
United States District Court Judge